# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Clara McAllister ) | |
| ) | Case No. 24-cv-1848 |
| v. ) | |
| ) | Judge: Hon. John Robert Blakey |
| THE PARTNERSHIPS and ) | |
| UNINCORPORATED ASSOCIATIONS ) | Magistrate: Hon. Sunil R. Harjani |
| IDENTIFIED ON SCHEDULE "A" ) | |
| ) | |

**Voluntary Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff hereby notify this Court that the Plaintiff, Jen Elliott, voluntarily dismiss any and all claims against the following Defendants, without prejudice:

| Doe | Platform | Store | Merchant ID |
|---|---|---|---|
| 36 | Amazon | LisaDGocDVhen | A2VJYJ20L24OYE |
| 96 | etsy | WanderAndChai | WanderAndChai |

Dated: April 25, 2024          Respectfully submitted,

By:      s/David Gulbransen/
David Gulbransen
Attorney of Record

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com