## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|                          |     |                           |
|--------------------------|-----|---------------------------|
| CLARA MCALLISTER,        | )   |                           |
|                          | )   |                           |
| Plaintiff,               | )   |                           |
|                          | )   | Case No. 24-cv-1848       |
| v.                       | )   |                           |
|                          | )   | Judge John Robert Blakey  |
| THE PARTNERSHIPS and     | )   |                           |
| UNINCORPORATED ASSOCIATIONS | ) |                         |
| IDENTIFIED ON SCHEDULE "A", | ) |                          |
|                          | )   |                           |
| Defendants.              | )   |                           |

### PRELIMINARY INJUNCTION ORDER

Plaintiff, Clara McAllister, having filed its complaint for Federal Copyright Infringement, and having moved for a Preliminary injunction against the Defendants, and the Court having considered the complaint, declarations, exhibits, and memorandum of law filed in support, finds as follows:

This Court finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, McAllister has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing versions of McAllister' federally registered copyrights, which are protected by U.S. Copyright Registration

Nos. VA 2-372-605, VA 2-372-607 and VA 2-372-609 (the "Clara McAllister Works") to residents of Illinois.

This Court also finds that issuing this Order without notice pursuant to Rule 65(b)(1) of the Federal Rules of Civil Procedure is appropriate because McAllister has presented specific facts in the Declaration of Clara McAllister in support of the Motion and accompanying evidence clearly showing that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition. Specifically, in the absence of an *ex parte* Order, Defendants could and likely would move any assets from accounts in financial institutions under this Court's jurisdiction to off-shore accounts. Accordingly, this Court orders that:

1.  Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be temporarily enjoined and restrained from:

    a.  using the Clara McAllister Works or any reproductions, infringing copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine McAllister product or not authorized by McAllister to be sold in connection with the Clara McAllister Works;

    b.  passing off, inducing, or enabling others to sell or pass off any product as a genuine McAllister product or any other product produced by McAllister, that is not McAllister' or not produced under the authorization, control, or supervision of McAllister and approved by McAllister for sale under the

2

Clara McAllister Works;

c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of McAllister, or are sponsored by, approved by, or otherwise connected with McAllister; and

d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for McAllister, nor authorized by McAllister to be sold or offered for sale, and which bear any of McAllister' copyrights, including the Clara McAllister Works, or any reproductions, infringing copies, or colorable imitations.

2. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be enjoined and restrained from:

a. Moving, destroying, or otherwise disposing of any items, merchandise or documents relating to the Counterfeit Products, Defendants' infringing websites, and/or Defendants' assets and operation; and

b. Removing, destroying, or otherwise disposing of computer files, electronic files, business records, or documents relating to any of Defendants' infringing websites, assets, operations, or relating in any way to the manufacture, acquisition, purchase, distribution or sale of Counterfeit

Products, or any reproduction, copy or colorable imitation of the McAllister Copyrights.

3.  Each Defendant, within fourteen (14) days after receiving notice of this Order, shall serve upon Plaintiff a written report under oath providing: (a) their true name and physical address; (b) all websites and online marketplace accounts on any platform that they own and/or operate; (c) their financial accounts, including but not limited to all Alibaba/AliExpress, Amazon, eBay, Wish, Walmart, JoyBuy, PayPal,Western Union, Payoneer, Stripe, Worldfirst, etc., accounts; and (d) the steps taken by each Defendant to comply with paragraphs 1(a)–(i) and 2(a)–(b), above.

4.  Plaintiffs may immediately commence discovery by providing actual notice, pursuant to subpoena or otherwise, of this Order to any of the following parties: (1) Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them; (2) any banks, savings and loan associations, payment processors or other financial institutions, including without limitation, Amazon, eBay, Wish, Walmart, TopHatter, Ali Express, AliBaba, PayPal, Inc., Western Union, Payoneer, Stripe, Worldfirst, etc. or other merchant account providers, payment provider, third party processors, credit card associations (i.e. MasterCard and VISA) that receive payments or hold assets on Defendants' behalf; and (3) any third party service providers, including without limitation, ISPs, back-end service providers, web designers, sponsored search engine or ad-word providers,

shippers, domain name registrars, domain name registries or online third-party sellers who have provided services for Defendants (collectively, "Third Party Providers") shall, within five (5) days after receipt of such notice, provide copies of all documents and records in such person or entity's possession or control relating to:

a. The identities and addresses of Defendants, their agents, servants, employees, confederates, and any persons acting in concert or participation with them and the locations and identities of Defendants' operations, including without limitation, identifying information associated with Defendants' infringing webstores websites and financial accounts;

b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the infringing websites and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to the infringing websites;

c. Defendants' infringing webstores, websites and any domain name registered by Defendants; and

d. Any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including

without limitation, Amazon, eBay, Wish, Walmart, TopHatter, Ali Express, Alibaba, PayPal, Inc., Western Union, Payoneer, Stripe, Worldfirst, or other merchant account providers, payment providers, third party processors, and credit card associations (i.e., MasterCard and VISA).

5.  Defendants and any persons in active concert or participation with them who have actual notice of this Order shall be restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

6.  Amazon, eBay, Wish, Walmart, JoyBuy, Etsy, Ali Express, Alibaba, and their affiliates shall, within two (2) business days of receipt of this Order, block any money transfers and funds from being transferred by the Defendants identified in Schedule "A" until further ordered by this Court.

7.  Any Third Party Providers, including Amazon, eBay, Inc., Walmart, Etsy, Stripe, Payoneer, or PayPal shall, within seven (7) calendar days of receipt of this Order:

    a.  locate all accounts and funds connected to Defendants' Defendant Internet Stores, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 2 to the Declaration of Clara McAllister, and any e-mail addresses provided for Defendants by third parties; and

    b.  restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by

this Court.

8. Any banks, savings and loan associations, payment processors, or other financial institutions, for any Defendant or any of Defendants' infringing websites, shall within two (2) business days of receipt of this Order:

    a. locate all accounts and funds connected to Defendants and the infringing websites, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto and any e-mail addresses provided for Defendants by third parties; and

    b. restrain and enjoin any such accounts or funds that are based in foreign jurisdictions, including but not limited to China and Hong Kong, from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

9. Plaintiffs may immediately commence discovery by providing actual notice, pursuant to subpoena or otherwise, of this Order to any of the following parties: (1) Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them; (2) any banks, savings and loan associations, payment processors or other financial institutions, including without limitation, PayPal, Inc., Payoneer, Stripe, WorldFirst, Bill.com or other merchant account providers, payment provider, third party processors, credit card associations (i.e. MasterCard and VISA) that receive payments or hold assets on Defendants' behalf; and (3) any third party service providers, including without limitation, ISPs, back-end service

providers, web designers, sponsored search engine or ad-word providers, shippers, domain name registrars, domain name registries or online third-party sellers who have provided services for Defendants (collectively, "Third Party Providers") shall, within five (5) days after receipt of such notice, provide copies of all documents and records in such person or entity's possession or control relating to:

a. The identities and addresses of Defendants, their agents, servants, employees, confederates, and any persons acting in concert or participation with them and the locations and identities of Defendants' operations, including without limitation, identifying information associated with Defendants' infringing websites and financial accounts;

b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the infringing websites and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to the infringing websites;

c. Defendants' infringing websites and any domain name registered by Defendants; and

d. Any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan

associations, payment processors or other financial institutions, including without limitation, PayPal, Inc., Western Union, MoneyGram, or other merchant account providers, payment providers, third party processors, and credit card associations (i.e., MasterCard and VISA).

10. Defendants and any persons in active concert or participation with them who have actual notice of this Order shall be temporarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

11. This Order shall apply to the infringing Webstores and any other stores properly brought to this Court's attention and verified by sworn affidavit that verifies such new Webstores are being used by Defendants for the purpose of counterfeiting the McAllister Copyrights and/or unfairly competing with Plaintiff in connection with search engine results pages.

12. Upon two (2) days' written notice Plaintiff or on shorter notice as set by this Court, any Defendant may, upon proper showing, appear and move to dissolve or modify this Order upon an appropriate evidentiary showing by Defendant.

13. The $10,000 bond posted by Plaintiff shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

14. All previously sealed documents are hereby unsealed.

Dated: May 1, 2024                    Entered:

John Robert Blakey
United States District Judge

9

**Schedule A**

| Doe | Store Name | Merchant ID |
|-----|------------|-------------|
| 1 | BIGYUANRUN | AEHKUUFRGOIH8 |
| 2 | Castle Fairy | A10HFUOMELMZ30 |
| 3 | CHUANGYANKEJI | A23OE2UPDKM6AJ |
| 4 | CHULIMO | A2VLIMGWNZT7UW |
| 5 | Czmiddle | AJ6N0B74P80S9 |
| 6 | DEYIDIY | A2UUQ9V1XG5Y92 |
| 7 | DreamGo | A2OT3LCZNPECZY |
| 8 | DZYUTING | A385TTVLGV1S6X |
| 9 | Echoes Store | A1A5YZHQNQJ1FF |
| 10 | erosebridal | A1DYWTHAQ0V0XG |
| 11 | erzhouqing | A8YADYRPWSR6X |
| 12 | FGFDDDDD | AKTYVBVC8A03T |
| 13 | Fire Work | AE7V0WNZY8C80 |
| 14 | FKELYI | A3PPWDB98LZ8EN |
| 15 | FOREVERYONGQIAN | A1SKMXES748WE4 |
| 16 | FUGIDOG | A10GVA0P041DF9 |
| 17 | fuyanxieye | A13VVP6KJ3DXK9 |
| 18 | GIFTPUZZ | A1J3DTDZQPBSV1 |
| 19 | guangzhoumaixunshangmaoyouxiangongsi | A3O79LX4PG7WG9 |
| 20 | HAI FENG UK | A199DUID2GXBKG |
| 21 | haikoulonghuajunyubaihuopu | AQH22JX9ZOLKW |
| 22 | haikoumeilancancanya | A1KWIHCP0PNNWT |
| 23 | HAODIYYE | A30VLBRC0QY5SX |
| 24 | HeartWorship | A36ASSFB6GBA4I |
| 25 | Hturdy Store | A1RMXAAQ5V1U02 |
| 26 | Hun Zi King | ASDMD3SDO5IKD |
| 27 | Jubo Store | A2WP1S67H3Y2S |
| 29 | junzan | AG51URJG8JSBE |
| 30 | kaishengshop | A31R5VYWW0VLQ9 |
| 31 | kaiwaiiwallplate | A2HAMRHZYYV0IG |
| 32 | KangSZ | A14U9X8OWFMA4G |
| 33 | KTHOFCY | A2FIMV9W7OSB90 |
| 34 | LEHA | A238PVCT66DD01 |
| 35 | LiHui shop | A1I5PA15P0G5KG |

| 37 | liu2020bin1 | AQI1PQ04GLOML |
|----|-------------|---------------|
| 38 | Luandirect | A1C906W1M7Q8KE |
| 39 | Lukinuo | ADXG4U7HHWFMD |
| 40 | Manchao | ALJIOJRP43LTR |
| 41 | My All World-US | |
| 42 | NongNong Store | A3FPXDEGQPIDZO |
| 43 | Oneigo | A2NYC7L9OBTQQT |
| 44 | OnlineGo | A2L50EJDJ3NPF8 |
| 45 | Printpub | A2Y5ALQHG2WZ2Z |
| 46 | Putian Ruixin Trade Co.,LTD | A13JBA3CWPWSFG |
| 47 | putianshixiuyuqujujirongmaoyiyouxiangongsi | A3RRG7UY9C89RS |
| 48 | quanzhoushihuaicongwangluokejiyouxiangongsi | A1BUZQASOCLEB |
| 49 | quanzhoushikaichi | A3S2RA35EAOT5X |
| 50 | quanzhoushikehuanwangluokejiyouxiangongsi | A25BHRVR90U117 |
| 51 | quanzhoushiluojiangqukunshenggongyilipinchang | AH7P3XFF4SZCE |
| 52 | quanzhouweiyue | AGDQHBI6UR32U |
| 53 | qzxingqiang | A1YUQTX5DSHM9U |
| 54 | RBfish | AMDCLYOF672HM |
| 55 | RUORAN | A2FCIXRUSR7QSY |
| 56 | Sangiacca | |
| 57 | Sansan Derect | AXTE6NGJTCFY0 |
| 58 | sfqfjbhd | AU3VLP00JDYNW |
| 59 | showudesigns workshop | A1G3N1A8WAEAJ4 |
| 60 | Strassiwo | A3EOSQV0861MG |
| 62 | T-HAO | A1KX3VY38BVVO5 |
| 63 | taiyuanyixin | A12O2NCBBV7RXX |
| 64 | TerryBDoyalp | A29O7M82277TNV |
| 65 | tiansheng2386 | |
| 67 | TODIYADDU | |
| 68 | Upetstory | A1TLATCNPJN813 |
| 69 | VeGuude | A1DTTKIA0V2M9E |
| 70 | Wen Wen department store decoration poster shop | A2OBBP6C7P4IQZ |
| 71 | WhatAGoodDay | AGMBPIRR0LGM8 |
| 72 | XINSHENGDAFUWU | |
| 73 | XMMXC | A1CUGFCR3O8IQU |
| 74 | XT0518 | |
| 75 | Xuefeng poster decoration shop | |
| 76 | Yike Jianshe | AXEQ125WGRX59 |
| 77 | Yisharuier | A3M5EZ7R3B6A8A |

| 78 | YVONNE'S JEWELRY ORIGINAL DESIGN STUDIO | A1X567KFAJEE24 |
|---|---|---|
| 79 | ZHENGHENPP | AUORVE5R8A1S1 |
| 80 | zhengzhoulizhiyuanshipinyouxiangongsi | A29M1Y4QABLRD5 |
| 81 | zhongweikuajing | |
| 82 | zlnhuazelushangmaoxing | A1EXHE4RJFF3HA |
| 83 | 周口书贵商贸有限公司 | AX95L2AOKCS3W |
| 84 | CHUNTIANWANG | |
| 85 | Gruntai209 | A26I4XYNXIIXYP |
| 86 | haolindiandongzixingcheweixiufu  wubu | A1EZ1Q3NW8I2I5 |
| 87 | quanzhoushilichengqudouleerdianzishangwuLtd | A18721D07T75UX |
| 88 | tongshanxianyunnuobaihuodian | A1TUYM707RNH1P |
| 89 | UZZUHI | |
| 90 | wanzaixianyunniaozhenbaihuodian | A3THJVJMUYBD2R |
| 91 | zengduquluepuzhibaihuodian | A3GZVWICUW2C4X |
| 92 | Owl Online Shopping | Owl Online Shopping |
| 93 | Diamonds Queen | Diamonds Queen |
| 94 | aestheticbtique | aestheticbtique |
| 95 | PrintsMaster | PrintsMaster |
| 97 | MPGLOBAL | MPGLOBAL |
| 98 | Binienty | 101254084 |
| 100 | Kuiaobaty | 101258241 |
| 101 | Pzuqiu | 101259922 |
| 102 | Renewold | 101254091 |
| 103 | Suhoaziia | 101338729 |