IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Clara McAllister )<br>)<br>v. )<br>)<br>THE PARTNERSHIPS and )<br>UNINCORPORATED ASSOCIATIONS )<br>IDENTIFIED ON SCHEDULE "A" )<br>) | Case No. 24-cv-1848<br><br>Judge: Hon. John Robert Blakey<br><br>Magistrate: Hon. Sunil R. Harjani |

**Voluntary Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff hereby notify this Court that the Plaintiff, Jen Elliott, voluntarily dismiss any and all claims against the following Defendants, without prejudice:

| Doe | Store | Merchant ID |
|---|---|---|
| 15 | FOREVERYONGQIAN | A1SKMXES748WE4 |
| 20 | HAI FENG UK | A199DUID2GXBKG |
| 39 | Lukinuo | ADXG4U7HHWFMD |
| 62 | T-HAO | A1KX3VY38BVVO5 |
| 97 | MPGLOBAL | MPGLOBAL |

Dated: May 3, 2024         Respectfully submitted,

By:     s/David Gulbransen/
        David Gulbransen
        Attorney of Record

        David Gulbransen (#6296646)
        Law Office of David Gulbransen
        805 Lake Street, Suite 172
        Oak Park, IL 60302
        (312) 361-0825 p.
        (312) 873-4377 f.
        david@gulbransenlaw.com